No. 453. LOUISVILLE & NASHVILLE RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* C. L. CROAN ET AL. In error to the Court of Appeals of the State of Kentucky. Submitted pursuant to 20th rule October 12, 1916. Decided October 23, 1916. *Per Curiam.* Judgment reversed with costs upon the authority of *Northern Pacific Railway*

v. *Wall*, 241 U. S. 87; *Cincinnati & Pacific Railway* v. *Rankin*, 241 U. S. 319. *Mr. Chas. H. Moorman* and *Mr. Benjamin D. Warfield* for the plaintiff in error. *Mr. William W. Crawford* for the defendants in error.